until the complainant has established his exclusive right there-
to, by a suit at law, or otherwise.

Injunction dissolved; costs to abide the event.

*The People ex relat. Frederick F. Backus v. Theodore
Stone.* S. STEVENS, for appellant; H. R. SELDEN, for re-
spondent. Order appealed from affirmed with costs; and
with interest on the amount of the fine and costs from the
appeal, by way of damages.

*Asa Partridge* v. *Charles Havens et al.* T. FESSENDEN,
for appellant; E. H. ELY, for respondents. Decree appeal-
ed from affirmed, with costs.

*Abel Smith, surviving ex'r, &c.* v. *David Evans.* H. SWIFT,
for appellant; S. BARCULO, for respondent. Decree of the
vice chancellor of the second circuit affirmed, with cost.

*Jonathan Lockwood et al., ex'rs, &c.* v. *Abraham B. Stock-
holm et al.* S. BARCULO, for appellants; H. SWIFT, for re-
spondents. Decided that since the revised statutes, where Effect of hus-
the husband survives the wife and afterwards dies, his person- band surviving
wife.
al representatives may sue for a debt due to his estate on ac-
count of, or in right of, his deceased wife, without adminis-
tering on her estate also. But that when assets are recover-
ed by them they must be so administered as to give the wife's
creditors a preference in payment out of that part of the es-
tate which comes to them in the character of personal repre-
sentatives of the husband.

Decree appealed from affirmed, with costs.

*Frderick De Peyster, adm'r, &c.* v. *Jane Ann Ferrers, sur-
viving adm'x, &c.* M. S. BIDWELL, for appellant; D. B. OG-
DEN and D. GREIG, for respondent. Decree appealed from
reversed; without costs to either party on appeal.

*Daniel Oakley et al.* v. *William B. Bard et al.* M. S.
BIDWELL, for appellants; M. C. PATTERSON, for respondents.
Decided that although a trustee may in most cases, sustain a Incapacity of an
bill in this court to recover the trust property, in his own agent to sue in
his own name.
name, yet that a mere agent for the real party in interest can-
not bring a suit in his own name to recover the property be-
longing to his principal; but must sue in the name of such
principal. Decree appealed from affirmed with costs.